## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

AURELIUS CAPITAL MASTER, LTD.,

                         Plaintiff,

          v.

THE REPUBLIC OF ARGENTINA,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No. 19 Civ. 351

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant The Republic of Argentina.

I certify that I am admitted to practice in this Court.

Dated:      March 8, 2019
              New York, New York

                      /s/ Joseph E. Neuhaus
                          Joseph E. Neuhaus

                      SULLIVAN & CROMWELL LLP
                      125 Broad Street
                      New York, New York 10004
                      Telephone: (212) 558-4240
                      Facsimile: (212) 291-9105

                      *Attorney for Defendant*
                      *The Republic of Argentina*