UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AURELIUS CAPITAL MASTER, LTD.,

               Plaintiff,

     v.

THE REPUBLIC OF ARGENTINA,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 19 Civ. 351

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant The Republic of Argentina.

I certify that I am admitted to practice in this Court.

Dated:    March 8, 2019
             New York, New York

                                  /s/ Thomas C. White
                                        Thomas C. White

                                SULLIVAN & CROMWELL LLP
                                125 Broad Street
                                New York, New York 10004
                                Telephone: (212) 558-3551
                                Facsimile: (212) 291-9354

                                *Attorney for Defendant*
                                *The Republic of Argentina*