**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD., Plaintiff, v. THE REPUBLIC OF ARGENTINA, Defendant. | No. 19 Civ. 351<br>**STIPULATION AND [PROPOSED] ORDER** |

This Stipulation is entered into by and among Plaintiff Aurelius Capital Master, Ltd. and Defendant The Republic of Argentina.

WHEREAS, on January 14, 2019, Plaintiff filed its complaint;

WHEREAS, Defendant intends to move to dismiss the complaint;

WHEREAS, Defendant's motion is currently due on March 18, 2019 and no adjournment to this deadline has been previously sought;

WHEREAS, the parties have conferred and agreed to the briefing schedule set forth below with respect to Defendant's motion to dismiss (subject to the Court's approval);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendant, through the undersigned counsel, as follows:

1. Defendant shall file its motion to dismiss by April 18, 2019.

2. Plaintiff shall file its opposition by June 3, 2019.

3. Defendant shall file its reply by July 2, 2019.

Dated: March 8, 2019

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

/s/________________
Edward A. Friedman
Daniel B. Rapport
Michael S. Palmieri
7 Times Square
New York, New York 10036
(212) 833-1100

***Counsel for Plaintiff***

**SULLIVAN & CROMWELL LLP**

/s/________________
Robert J. Giuffra, Jr.
Sergio J. Galvis
Joseph E. Neuhaus
Thomas C. White
125 Broad Street
New York, New York 10004
(212) 558-4000

***Counsel for Defendant***

SO ORDERED.

DATED:_____________

____________________________________
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE