UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------- x
AURELIUS CAPITAL MASTER,         :
LTD.,                            :
                                 :  No. 19 Civ. 351
              Plaintiff,         :
      v.                         :  STIPULATION AND [PROPOSED]
                                 :  ORDER
THE REPUBLIC OF ARGENTINA,       :
                                 :
              Defendant.         :
-------------------------------- x
```

This Stipulation is entered into by and among Plaintiff Aurelius Capital Master, Ltd. and Defendant The Republic of Argentina.

WHEREAS, on January 14, 2019, Plaintiff filed its complaint;

WHEREAS, Defendant intends to move to dismiss the complaint;

WHEREAS, Defendant's motion is currently due on March 18, 2019 and no adjournment to this deadline has been previously sought;

WHEREAS, the parties have conferred and agreed to the briefing schedule set forth below with respect to Defendant's motion to dismiss (subject to the Court's approval);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff and Defendant, through the undersigned counsel, as follows:

1. Defendant shall file its motion to dismiss by April 18, 2019.

2. Plaintiff shall file its opposition by June 3, 2019.

3. Defendant shall file its reply by July 2, 2019.

Dated: March 8, 2019

| | |
|---|---|
| **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** | **SULLIVAN & CROMWELL LLP** |
| /s/ | /s/ |
| Edward A. Friedman | Robert J. Giuffra, Jr. |
| Daniel B. Rapport | Sergio J. Galvis |
| Michael S. Palmieri | Joseph E. Neuhaus |
| 7 Times Square | Thomas C. White |
| New York, New York 10036 | 125 Broad Street |
| (212) 833-1100 | New York, New York 10004 |
| | (212) 558-4000 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

SO ORDERED.

DATED: **3/12/19**

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE