

EDWARD A. FRIEDMAN
efriedman@fklaw.com
212.833.1102

June 3, 2019

**BY HAND & ECF**

Hon. Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

     Re: *Aurelius Capital Master, Ltd. v. The Republic of Argentina*,
        No. 19 Civ. 351 (LAP) (S.D.N.Y.)

Dear Judge Preska:

    We represent plaintiff Aurelius Capital Master, Ltd. ("Aurelius") in connection with the above-referenced action. Pursuant to Rule 2.B of the Court's Individual Practices, enclosed are two courtesy copies of Aurelius's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and the Declaration of Edward A. Friedman in Opposition to Defendant's Motion to Dismiss, which were electronically filed earlier today.

    In accordance with Rule 2.E of the Court's Individual Practices, Aurelius respectfully requests oral argument with respect to defendant's motion to dismiss.

              Respectfully submitted,

              *Edward A. Friedman*

              Edward A. Friedman

Enclosures

cc: All counsel (by ECF only)