UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aurelius Capital Master, Ltd.,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>        Defendant. | 19 Civ. 351 (LAP)<br><br>ORDER |
| Adona LLC, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>The Republic of Argentina,<br><br>        Defendant. | 19 Civ. 11338 |
| Novoriver S.A.,<br><br>        Plaintiff,<br><br>-against-<br><br>Argentine Republic,<br><br>        Defendant. | 19 Civ. 9786 |
| ACP Master, Ltd.,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>       Defendant. | 19 Civ. 10109 |
| 683 Capital Partners, LP,<br><br>        Plaintiff,<br><br>-against-<br><br>The Republic of Argentina,<br><br>       Defendant. | 19 Civ. 10131 |

1

LORETTA A. PRESKA, Senior United States District Judge:

Pursuant to the scheduling order entered on April 26, 2021, a status conference in this matter is presently scheduled for Tuesday December 7, 2021 at 9:30 a.m.  (See Dkt. No. 45 in 19-cv-351.)  The parties shall promptly advise the Court by joint letter whether, in light of the discovery conference held on November 9, 2021 and the Court's order of December 1, 2021 (Dkt. no. 69 in 19-cv-351), the parties wish to proceed with the scheduled status conference.  If the parties wish the adjourn the scheduled status conference, they shall jointly propose an alternative date.

**SO ORDERED.**

Dated:    New York, New York
          December 2, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge