UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Aurelius Capital Master, Ltd., Plaintiff, -against- The Republic of Argentina, Defendant. | 19 Civ. 351 (LAP) ORDER |
|---|---|
| Adona LLC, et al., Plaintiffs, -against- The Republic of Argentina, Defendant. | 19 Civ. 11338 |
| Novoriver S.A., Plaintiff, -against- Argentine Republic, Defendant. | 19 Civ. 9786 |
| ACP Master, Ltd., Plaintiff, -against- The Republic of Argentina, Defendant. | 19 Civ. 10109 |
| 683 Capital Partners, LP, Plaintiff, -against- The Republic of Argentina, Defendant. | 19 Civ. 10131 |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiffs' motion to compel, dated February 8, 2022.  (Dkt. No. 73 in 19-cv-351.)  The Republic shall respond by Friday February 11 at 12:00 p.m.  Plaintiffs shall reply by Monday February 14 at 12:00 p.m.  These submissions may exceed by one page each the page limitations set forth in the Court's individual practices.  (The opposition may be four pages, rather than three, and the reply may be three pages, rather than two.)

By order dated December 6, 2021, a status conference in this matter is presently scheduled for Tuesday February 15, 2022 at 10:00 a.m.  (See Dkt. No. 73 in 19-cv-351.)  The parties shall be prepared to address Plaintiffs' motion to compel at the hearing.  The parties shall inform the Court in the above-mentioned letters of any other items they wish to address at the status conference.

The February 15 status conference will be held telephonically using the following information:

    Dial-in:  (877) 402-9753
    Access Code:  6545179

**SO ORDERED.**

Dated:    New York, New York
          February 9, 2022

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge