

July 29, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

> The telephonic status conference scheduled for this morning is adjourned to Thursday September 1, 2022, at 11 a.m.
>
> SO ORDERED. *Loretta A. Preska*
> 8/1/2022

Re: *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*, Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP), <u>19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP)</u> (S.D.N.Y.)

Dear Judge Preska:

We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

The parties have agreed, subject to the Court's approval, to an adjournment of the August 1, 2022 telephonic status conference (scheduled per Dkt. No. 82).

As to the status of the case, the parties are discussing various matters, but all parties agree that, at present, there are no disputes that are ripe for resolution by the Court. Discovery is proceeding with some adjustments to the schedule being discussed by the parties.

If acceptable to the Court, the parties propose that the Court adjourn the August 1 status conference, for approximately 30 days, to a date and time that would be convenient for the Court.

Hon. Loretta A. Preska - 2 - July 29, 2022

Respectfully submitted,

__s/ Edward A. Friedman__  
Edward A. Friedman  
FRIEDMAN KAPLAN SEILER &  
   ADELMAN LLP  
7 Times Square  
New York, NY 10036-6516  
(212) 833-1100  

*Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.*

__s/ Matthew S. Salerno__  
Christopher J. Clark  
Matthew S. Salerno  
Ryan Schachne  
LATHAM & WATKINS LLP  
885 Third Avenue  
New York, New York 10022  
(212) 906-1200  

*Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corporation*

__s/ Matthew M. Riccardi__  
Matthew M. Riccardi  
H. Rowan Gaither IV  
Jacob Taber  
Rebecca Salk  
PERKINS COIE LLP  
1155 Avenue of the Americas, 22nd Floor  
New York, New York 10036-2711  
(212) 530-1800  

*Counsel for Plaintiff 683 Capital Partners, LP*

__s/ Amanda Flug Davidoff__  
Amanda Flug Davidoff  
SULLIVAN & CROMWELL LLP  
1700 New York Avenue, N.W. Suite 700  
Washington, D.C. 20006-5215  
(202) 956-7500  

*Counsel for Defendant The Republic of Argentina*

__s/ Evan A. Kubota__  
Javier Bleichmar  
Evan A. Kubota  
BLEICHMAR FONTI & AULD LLP  
7 Times Square, 27th Floor  
New York, New York 10036  
(212) 789-1341  

*Counsel for Plaintiff Novoriver S.A.*

cc: All counsel of record (by ECF)