

August 30, 2022

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

> Re:   *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*,
> Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP),
> <u>19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)</u>

Dear Judge Preska:

      We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

      The parties have agreed, subject to the Court's approval, to an adjournment of the telephonic status conference scheduled for Thursday September 1, 2022, at 11 a.m. (scheduled per 19-cv-351 Dkt. No. 109). At present, there are no disputes that are ripe for resolution by the Court. Discovery is proceeding according to the schedule set by the Court's August 22, 2022 Scheduling Order (19-cv-351 Dkt. No. 114).

      If acceptable to the Court, the parties propose that the Court adjourn the September 1 status conference, for approximately 30 days, to a date and time that would be convenient for the Court.

Hon. Loretta A. Preska       - 2 -       August 30, 2022

Respectfully submitted,

   *s/ Edward A. Friedman*

Edward A. Friedman
FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP
7 Times Square
New York, New York  10036-6516
(212) 833-1100

*Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.*

   *s/ Matthew S. Salerno*

Christopher J. Clark
Matthew S. Salerno

LATHAM & WATKINS LLP
1271 Avenue of the Americas

New York, New York  10020

(212) 906-1200

*Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corporation*

   *s/ Matthew M. Riccardi*

Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber
Rebecca Salk
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York  10036-2711
(212) 530-1800

*Counsel for Plaintiff 683 Capital Partners, LP*

   *s/ Amanda Flug Davidoff*

Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006-5215
(202) 956-7500

*Counsel for Defendant The Republic of Argentina*

   *s/ Evan A. Kubota*

Javier Bleichmar
Evan A. Kubota
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, New York  10036
(212) 789-1341

*Counsel for Plaintiff Novoriver S.A.*

cc:     All counsel of record (by ECF)