

January 3, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

        Re:   *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*,
                  Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP),
                  19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)

Dear Judge Preska:

        We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

        The parties are currently scheduled to appear before the Court for a telephonic status conference on Thursday, January 5, 2023 at 10:00 AM (scheduled per 19-cv-351, Dkt. No. 120). The parties are also conducting expert discovery, which, per the Court's August 22, 2022 Scheduling Order (19-cv-351, Dkt. No. 114), must be completed by January 13, 2023. The parties respectfully request that the Court adjourn the January 5 status conference to a date after January 19, 2023 that is convenient for the Court. This adjournment will give the parties sufficient time to (i) complete expert discovery in accordance with the current Scheduling Order and (ii) meet and confer on a proposed pre-trial schedule and identify any disputes relating to the pre-trial schedule that may require judicial resolution.

        We appreciate the Court's consideration of this request and are available if the Court has any questions.

```
The status conference currently scheduled
for January 5 is adjourned to February 1,
2023 at 9:30 a.m. via telephone:
(877)402-9753; Access Code: 6545179.

SO ORDERED.
```

*Loretta A. Preska*
1/4/2023

Hon. Loretta A. Preska - 2 - January 3, 2023

Respectfully submitted,

| | |
|---|---|
| *s/ Edward A. Friedman* | *s/ Amanda Flug Davidoff* |
| Edward A. Friedman | Amanda Flug Davidoff |
| Daniel B. Rapport | SULLIVAN & CROMWELL LLP |
| Michael S. Palmieri | 1700 New York Avenue, N.W. Suite 700 |
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | Washington, D.C. 20006-5215 |
| 7 Times Square | (202) 956-7500 |
| New York, NY 10036-6516 | |
| (212) 833-1100 | *Counsel for Defendant The Republic of Argentina* |
| *Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.* | |
| | |
| *s/ Matthew S. Salerno* | *s/ Evan A. Kubota* |
| Christopher J. Clark | Javier Bleichmar |
| Matthew S. Salerno | Evan A. Kubota |
| LATHAM & WATKINS LLP | BLEICHMAR FONTI & AULD LLP |
| 1271 Avenue of the Americas | 7 Times Square, 27th Floor |
| New York, New York 10020 | New York, New York 10036 |
| (212) 906-1200 | (212) 789-1341 |
| *Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corporation* | *Counsel for Plaintiff Novoriver S.A.* |

*s/ Matthew M. Riccardi*
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber
Rebecca Salk
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
(212) 530-1800

*Counsel for Plaintiff 683 Capital Partners, LP*

cc: All counsel of record (by ECF)