

January 26, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

Re:   *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*, Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP), 19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)

Dear Judge Preska:

We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

The parties have agreed, subject to the Court's approval, to an adjournment of the telephonic status conference scheduled for February 1, 2023, at 9:30 a.m. (scheduled per 19-cv-351, Dkt. No. 122). The parties completed expert discovery on January 24, 2023, and are discussing case scheduling, which they anticipate will result in a stipulated proposed schedule to be presented to the Court.

If acceptable to the Court, the parties propose that the Court adjourn the February 1 status conference, for approximately three weeks, to a date and time that would be convenient for the Court.

Respectfully submitted,

*s/ Edward A. Friedman*
Edward A. Friedman
FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP
7 Times Square
New York, NY  10036-6516
(212) 833-1100

*Counsel for Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd.*

*s/ Amanda Flug Davidoff*
Amanda Flug Davidoff
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006-5215
(202) 956-7500

*Counsel for Defendant The Republic of Argentina*

Hon. Loretta A. Preska — - 2 - — January 26, 2023

| | |
|---|---|
|    *s/ Matthew S. Salerno*<br>Christopher J. Clark<br>Matthew S. Salerno<br>Ryan Schachne<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, New York  10020<br>(212) 906-1200<br><br>*Counsel for Plaintiffs Adona LLC, Egoz I LLC, Egoz II LLC, Mastergen, LLC, Erythrina, LLC, AP 2016 1, LLC, AP 2014 3A, LLC, AP 2014 2, LLC, and WASO Holding Corporation* |    *s/ Evan A. Kubota*<br>Javier Bleichmar<br>Evan A. Kubota<br>BLEICHMAR FONTI & AULD LLP<br>7 Times Square, 27th Floor<br>New York, New York  10036<br>(212) 789-1341<br><br>*Counsel for Plaintiff Novoriver S.A.* |

   *s/ Matthew M. Riccardi*
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York  10036-2711
(212) 530-1800

*Counsel for Plaintiff 683 Capital Partners, LP*

cc:    All counsel of record (by ECF)