

RECEIVED
SDNY PRO SE OFFICE

2023 MAR 29  PM 3: 09

**United States Department of State**

*Washington, D.C.   20520*

March 23, 2023

Clerk of the United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: Request for Judicial Assistance (Aurelius Capital master, Ltd., et al. v. the Republic of Argentina)**

**Dear Sir or Madam:**

Please find the enclosed response to the above captioned request for judicial assistance from the appropriate authorities of Argentina. If you have any questions regarding this matter, you may contact our inbox at FSIA-LR@state.gov. Please cc GantDW@state.gov on all communications to our inbox.

                                Sincerely,

                                Office of Legal Affairs
                                L/CA/POG/GC
                                U.S. Department of State

December 21, 2022

**INFORMATION MEMOMORANDUM**

TO: AMEmbassy Buenos Aires (CONS/ACS)

FROM: Department of State (L/CA/POG/GC)

SUBJECT: Judicial Assistance: Transmitting Letters Rogatory in the matter of *Aurelius Capital master, Ltd., et al. v. the Republic of Argentina*, Nos. 19 Civ 351 (LAP), 19 Civ. 9786 (LAP) 19 Civ. 10109 (LAP), 19 Civ. 10131 (LAP) and 19 Civ. 11338 (LAP) (S.D.N.Y).

Please be advised that the enclosed letters rogatory were transmitted to the Ministry of Foreign Affairs, International Trade and Worship of the Argentine Republic on December 20, 2022. Post certification is also included.

Approved:   ACS Chief– Lea P. Rivera

Drafted:     CONS/ACS – Mariana Ferro +5491157774354
             Drafted 12/19/2022

Cleared:    CONS/ACS – Dalia Sava (Ok)

*Republic of Argentina*      )
*City of Buenos Aires*        )
*Embassy of the United*    ). SS
*States of America*           )

December 21, 2022

I hereby certify that I received the annexed letters rogatory and accompanying documents on December 7, 2022.

The letters rogatory were transmitted to the Ministry of Foreign Affairs, International Trade and Worship of the Argentine Republic on December 21, 2022.

(SEAL)

_____
Lea P. Rivera

Consul of the United States of America

No. 1316

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Affairs, International Trade and Worship of the Argentine Republic and requests the Ministry's aid in transmitting the enclosed request for international judicial assistance to the appropriate judicial authority of Argentina.

United States District Court, Southern District of New York has transmitted the enclosed letters rogatory in the matter of *Aurelius Capital master, Ltd., et al. v. the Republic of Argentina*, Nos. 19 Civ 351 (LAP), 19 Civ. 9786 (LAP) 19 Civ. 10109 (LAP), 19 Civ. 10131 (LAP) and 19 Civ. 11338 (LAP) (S.D.N.Y). These cases are pending civil matters.

The Embassy is grateful for the Ministry's assistance in the interests of justice. The Embassy would appreciate being kept advised of the progress of the letters rogatory, specifically the date it is assigned to the appropriate judicial authority for execution.

The Embassy of the United States of America takes this opportunity to reiterate to the Ministry of Foreign Affairs, International Trade and Worship of the Argentine Republic the assurances of its highest consideration.

Embassy of the United States of America,

Buenos Aires, December 15, 2022.



DIPLOMATIC NOTE

(Traducción no Oficial)

No. 1316

La Embajada de los Estados Unidos de América presenta sus atentos saludos al Ministerio de Relaciones Exteriores, Comercio Internacional y Culto de la República Argentina y tiene el honor de solicitar se transmita la solicitud de asistencia judicial internacional adjunta a la autoridad judicial correspondiente de la República Argentina.

El Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York ha emitido la Carta Rogatoria anexa en el expediente *Aurelius Capital master, Ltd., et al. v. la República Argentina, Nos. 19 Civ 351 (LAP), 19 Civ. 9786 (LAP) 19 Civ. 10109 (LAP), 19 Civ. 10131 (LAP) y 19 Civ. 11338 (LAP) (D.S.N.Y)*. Actualmente estos expedientes se encuentran en trámite en el fuero civil.

La Embajada extiende su agradecimiento al Ministerio por su cooperación en pos de impartir justicia. La Embajada agradece se la mantenga informada sobre los avances de la Carta Rogatoria, especialmente la fecha en que se remite a la autoridad judicial correspondiente para su ejecución.

La Embajada de los Estados Unidos de América hace propicia esta oportunidad para expresar al Ministerio de Relaciones Exteriores, Comercio Internacional y Culto de la República Argentina las seguridades de su más

-2-

distinguida consideración.

Embajada de los Estados Unidos de América,

Buenos Aires, 15 de diciembre de 2022.