UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AURELIUS CAPITAL MASTER, LTD.,

       Plaintiff,

       v.

THE REPUBLIC OF ARGENTINA,

       Defendant.

Case No.: 1:19-CV-0351 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOVORIVER S.A.,

       Plaintiff,

       v.

ARGENTINE REPUBLIC,

       Defendant.

Case No.: 1:19-CV-09786 (LAP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

*[CAPTION CONTINUED ON FOLLOWING PAGES]*

**PLAINTIFFS' JOINT NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT**

3732030.1

```
------------------------------------x
ACP MASTER, LTD.,                   :
                                    :
                Plaintiff,          :
                                    :
        v.                          :   Case No.: 1:19-CV-10109 (LAP)
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                Defendant.          :
------------------------------------x
683 CAPITAL PARTNERS, LP,           :
                                    :
                Plaintiff,          :
                                    :
        v.                          :   Case No.: 1:19-CV-10131 (LAP)
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                Defendant.          :
------------------------------------x
ADONA LLC, EGOZ I LLC, EGOZ         :
II LLC, MASTERGEN, LLC,             :
ERYTHRINA, LLC, AP 2016 1, LLC,     :
AP 2014 3A, LLC, AP 2014 2, LLC,    :
AND WASO HOLDING                    :
CORPORATION,                        :
                                    :   Case No.: 1:19-CV-11338 (LAP)
                Plaintiff,          :
                                    :
        v.                          :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                Defendant.          :
------------------------------------x
```

3732030.1

```
-------------------------------x
APE GROUP SPA, ROMANO           :
CONSULTING SPA, ICARO SRL       :
and ELAZAR ROMANO,              :
                                :
            Plaintiffs,          :
                                :    Case No.: 1:20-CV-10409 (LAP)
        v.                       :
                                :
THE REPUBLIC OF ARGENTINA,       :
                                :
            Defendant.           :
-------------------------------x
```

PLEASE TAKE NOTICE THAT upon: (i) Plaintiffs' Memorandum of Law in Opposition to the Republic's Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment; (ii) the Declaration of Edward A. Friedman in Opposition to the Republic's Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment, dated June 13, 2023, and the exhibits attached thereto; (iii) Plaintiffs' Local Civil Rule 56.1(b) Statement of Material Facts in Support of Plaintiffs' Cross-Motion for Summary Judgment; and (iv) Plaintiffs' Response to Defendants' Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Material Dispute; plaintiffs Aurelius Capital Master, Ltd.; Novoriver S.A.; ACP Master, Ltd.; 683 Capital Partners, LP; Adona LLC; Egoz I LLC; Egoz II LLC; Mastergen, LLC; Erythrina, LLC; AP 2016 1, LLC; AP 2014 3A, LLC; AP 2014 2, LLC; WASO Holding Corporation; Ape Group SpA; Romano Consulting SpA; Icaro SRL; and

3732030.1

Elazar Romano ("Plaintiffs"), will move this Court, before the Honorable Loretta A. Preska, United States District Judge, in Courtroom 12A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and time designated by this Court, for an order granting summary judgment for Plaintiffs on all claims they assert against defendant the Republic of Argentina (the "Republic") and dismissing the Republic's affirmative defenses.

PLEASE TAKE FURTHER NOTICE THAT Plaintiffs request oral argument.

Dated:  New York, New York
        June 13, 2023

Respectfully submitted,

| _s/ Edward A. Friedman_ | _s/ Matthew S. Salerno_ |
|---|---|
| Edward A. Friedman | Matthew S. Salerno |
| Daniel B. Rapport | |
| Michael S. Palmieri | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| FRIEDMAN KAPLAN SEILER | New York, New York  10020 |
|   ADELMAN & ROBBINS LLP | Telephone:    (212) 906-1200 |
| 7 Times Square | Facsimile:    (212) 751-4864 |
| New York, New York  10036 | |
| Telephone:    (212) 833-1100 | *Counsel for Plaintiffs Adona LLC, Egoz I* |
| Facsimile:    (212) 373-7902 | *LLC, Egoz II LLC,* |
| | *Mastergen, LLC, Erythrina, LLC,* |
| *Counsel for Plaintiffs* | *AP 2016 1, LLC, AP 2014 3A, LLC,* |
| *Aurelius Capital Master, Ltd. And* | *AP 2014 2, LLC, and* |
| *ACP Master, Ltd.* | *WASO Holding Corporation* |

4

3732030.1

| | |
|---|---|
| *s/ Matthew M. Riccardi* | *s/ Javier Bleichmar* |
| Matthew M. Riccardi | Javier Bleichmar |
| H. Rowan Gaither IV | Evan A. Kubota |
| Jacob Taber | |
| | BLEICHMAR FONTI & |
| PERKINS COIE LLP |   AULD LLP |
| 1155 Avenue of the Americas, | 7 Times Square, 27th Floor |
| 22nd Floor | New York, New York 10036 |
| New York, New York 10036-2711 | Telephone: (212) 789-1341 |
| Telephone: (212) 262-6900 | Facsimile: (212) 205-3961 |
| Facsimile: (212) 977-1649 | |
| | *Counsel for Plaintiff Novoriver S.A.* |
| *Counsel for Plaintiff* | |
| *683 Capital Partners, LP* | |

    *s/ Eric J. Grannis*
Eric J. Grannis

LAW OFFICES OF ERIC J. GRANNIS
11 Broadway, Suite 615
New York, New York 10004
Telephone: (212) 903-1025

*Counsel for Plaintiffs Ape Group SpA,*
*Romano Consulting SpA, Icaro SRL and*
*Elazar Romano*