**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD.,

                        Plaintiff,

            -against-                              19 **CIVIL** 351 (LAP)

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------------X
NOVORIVER S.A.,

                        Plaintiff,                  19 **CIVIL** 9786 (LAP)

            -against-                          **<u>JUDGMENT</u>**

 ARGENTINE REPUBLIC,

                        Defendant.
------------------------------------------------------------------X
ACP MASTER, LTD.,

                        Plaintiff,

            -against-                          19 **CIVIL** 10109 (LAP)

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------------X
683 CAPITAL PARTNERS, LP,

                        Plaintiff,

             -against-                          19 **CIVIL** 10131 (LAP)

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------------X

```
-------------------------------------------------------------------X
```
ADONA LLC, et al.,

               Plaintiffs,

        -against-                             19 **CIVIL** 11338 (LAP)

THE REPUBLIC OF ARGENTINA,

               Defendant.
```
-------------------------------------------------------------------X
```
APE GROUP SPA, et al.,

               Plaintiffs,

        -against-                             20 **CIVIL** 10409 (LAP)

THE REPUBLIC OF ARGENTINA,

               Defendant.
```
-------------------------------------------------------------------X
```

       It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 31, 2024, the Republic's motion for summary judgment [dkt. no. 132] is GRANTED, and Plaintiffs' cross-motion for summary judgment [dkt. no. 142] is DENIED. The Republic's letter motion for oral argument [dkt. no. 150] is DENIED as moot. Judgment is entered for the Republic; accordingly, the cases are closed.

**Dated:** New York, New York
       March 31, 2024

                                **RUBY J. KRAJICK**

                            _____
                                **Clerk of Court**

        **BY:**          K. Mango

                                _____
                                  **Deputy Clerk**